**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

**GARRETT LANCASTER,**

***Plaintiff,***

**v.**

**MICHAEL STAPLETON ASSOCIATES, LTD. d.b.a. MSA SECURITY, INC.,**

***Defendant.***

**CASE NO. 5:23-cv-00063-EKD**

**MOTION FOR ADMISSION *PRO HAC VICE***

In accordance with Rule 6(d) of the Local Rules of the United States District Court for the Western District of Virginia, the undersigned, Nate L. Adams III, hereby moves this Court for an Order admitting Ms. Stephani L. Ayers, Esq., Law Office of S.L. Ayers, 4701 Admiral Way, SW #276, Seattle, WA 98116, (813) 382-7865, email: stephani@whistleblowerdefenders.com, of counsel to the Government Accountability Project, 1612 K St. NW Suite 1100, Washington, DC 20006, to appear *Pro Hac Vice* as lead counsel in association with me for the purpose of representing Plaintiff, Garrett Lancaster, in the above styled case only, and pursuant to the CM/ECF Administrative Procedures Section C. to permit Stephani L. Ayers, Esq., to register for the CM/ECF to file and receive electronic filings in this case and in support thereof, states as follows:

1. Stephani L. Ayers is a not admitted to practice in the United States District Court for the Western District of Virginia and is a member in good standing of the bar of the State of Washington with bar number 31610, having been admitted on November 19, 2001. Her current good standing certificate is attached hereto. There are no disciplinary proceedings against her in any state or federal court.

2. Movant, Nate L. Adams, III, of the law firm of Nate L. Adams, III, P.C., 11 South Cameron Street, Winchester, VA 22601 (540) 667-1330, is a member in good standing of the Virginia State Bar and the United States District Court for the Western District of Virginia. He is authorized to file through the Court's electronic filing system.

WHEREFORE, the Movant, Nate L. Adams, III, respectfully moves this Court to enter an Order granting the *pro hac vice* admission of Stephani L. Ayers to this Court to act as lead counsel for the Plaintiff, Garrett Lancaster, for all purposes relating to the proceedings in the above styled matter, permitting Stephani L. Ayers to register for the CM/ECF, and providing such further relief as this cause may require.

Dated: October 10, 2023

Respectfully Submitted,

/s/ Nate L. Adams III
VSB No. 20707
Nate L. Adams III, P.C.
ADAMS AND ASSOCIATES
11 South Cameron Street
Winchester, VA 22601
(540) 667-1330
(540) 667-7165 Fax
***nadams@nadamslaw.com***
Attorneys for Garrett Lancaster

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | |
|---|---|
| IN THE MATTER OF THE ADMISSION | BAR NO. 31610 |
| OF | **CERTIFICATE** |
| STEPHANI LYNNE AYERS | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**STEPHANI LYNNE AYERS**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 19, 2001, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

SEAL OF THE SUPREME COURT • STATE OF WASHINGTON •

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 8th day of August, 2023.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court