**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| **GARRETT LANCASTER,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**MICHAEL STAPLETON ASSOCIATES, LTD. d.b.a. MSA SECURITY, INC.,**<br><br>*Defendant.* | **CASE NO.** 5:23-cv-00063-EKD<br><br>**NOTICE OF APPEARANCE** |

Please take notice of the entry of appearance of attorney Stephani L. Ayers, Washington State Bar #31610, admitted *pro hac vice* in this matter. Her contact information is:


Stephani L. Ayers
c/o Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
(813) 382-7865
stephani@whistleblowerdefenders.com


_s/ Stephani L. Ayers, pro hac vice_______

Attorney for Plaintiff Lancaster