**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| **GARRETT LANCASTER,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**MICHAEL STAPLETON ASSOCIATES, LTD. d.b.a. MSA SECURITY, INC.,**<br><br>*Defendant.* | **CASE NO.** 5:23-cv-00063-EKD<br><br>**NOTICE OF CONTACT INFORMATION** |

With regards to the Court's notice regarding counsel's contact information for PACER purposes, in the above-captioned action, Ms. Ayers entered an appearance on behalf of the Government Accountability Project (GAP) 1612 K Street, N.W., Suite 1100, Washington, D.C. 20006 for Plaintiff Lancaster.

Ms. Ayers serves part-time "of counsel" for GAP, but she handles he bulk of her private practice as part of one of two private firms, T.M. Guyer and Ayers & Friends, PC, PO Box 1061, Medford, OR and the Law Office of SL Ayers, 4701 Admiral Way SW #276, Seattle, WA 98116. Her private litigation comprises roughly 75-80% of her federal practice. Thus, for this case only she is appearing on behalf of the Government Accountability Project, and she provided the contact information for her at that organization. For the majority of her practice outside of this case, her business address remains those above, which are the addresses maintained on PACER. Her personal email and phone are the same in all matters.

Filed 10/27/ 23.

_s/ Stephani L. Ayers, pro hac vice _______

Attorney for Plaintiff Lancaster