**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **GARRETT LANCASTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 5:23-CV-00063-EKD** |
| | ) | |
| **v.** | ) | **PROPOSED ORDER** |
| | ) | |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | |
| **d/b/a MSA SECURITY, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER came before the Court on Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.'s Motion to Strike Portions of the Complaint, pursuant to Fed. R. Civ. P. 12(f).

This Court having considered the Parties' submissions on these matters, and good cause being shown therefor, it is hereby ORDERED that: Defendant's Motion to Strike Portions of the Complaint is GRANTED.

ENTERED this ___ day of ___________, 20___.

________________________________
UNITED STATES DISTRICT JUDGE