# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Garrett Lancaster
Plaintiff(s)

V.

Civil Action No.: 5:23-cv-00063-EKD

Michael Stapleton Associates, Ltd. d/b/a MSA Security, Inc.
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES. COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Michael Stapleton Associates, Ltd. d/b/a MSA Security, Inc who is Defendant
(Name of party you represent) (Plaintiff/Defendant)

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly held entity?
   ☐ Yes ☒ No

2. Does the party have any parent corporations?
   ☒ Yes ☐ No

   If yes, identify all parent corporations, including grandparent and great grandparent corporations:

   Allied Universal Topco LLC; Allied Universal Holdco LLC; USAGM Acquisitions, LLC; MSAS Parent, Inc.

3. Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
   ☐ Yes ☒ No

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes ☒ No

   If yes, identify all such owners:

5. Is the party a trade association?
   ☐ Yes ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

/s/ Ryan C. Berry
(Signature)

December 28, 2023
(Date)