**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| **GARRETT LANCASTER,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**MICHAEL STAPLETON ASSOCIATES, LTD. d.b.a. MSA SECURITY, INC.,**<br><br>*Defendant.* | **CASE NO.** _5:23-cv-00063-EKD___<br><br>**[PROPOSED] ORDER RE: UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO STRIKE** |

For good cause, the deadlines regarding the Opposition to the Motion to Strike are adjusted in the following manner:

Deadline for opposition from Jan. 9, 2024 to Jan. 23, 2024

Deadline for reply from Jan. 16, 2024 to Jan. 30, 2024

So ordered this __ day of January 2024:

_________________________
US DISTRICT COURT