**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **GARRETT LANCASTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 5:23-CV-00063-EKD** |
| | ) | |
| **v.** | ) | **DEFENDANT'S UNOPPOSED** |
| | ) | **MOTION FOR EXTENSION OF** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | **TIME TO FILE ITS REPLY TO** |
| **d/b/a MSA SECURITY, INC.** | ) | **PLAINTIFF'S OPPOSITION TO** |
| | ) | **DEFENDANT'S MOTION TO** |
| **Defendant.** | ) | **STRIKE** |

Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"), by and through counsel, respectfully submits this unopposed motion for an extension of time to file its reply to Plaintiff's Opposition to Defendant's Motion to Strike. Defendant conferred with Plaintiff, who is unopposed to a 14-day extension. This would move Defendant's deadline to file its Reply from January 30, 2024, to February 13, 2024.

Good cause for this motion exists as Defendant needs more time to digest and reply to the information Plaintiff included in and attached to his response. Defendant respectfully requests until February 13, 2024 to file its Reply in Support of its Motion to Strike.

Respectfully submitted,

Date: January 26, 2024

*/s/ Ryan C. Berry*


Ryan C. Berry (VSB 67956)
Daniel S. Ward (VSB 45978)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
ryan@wardberry.com
dan@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Nate L. Adams III
Nate L. Adams III, P.C.
ADAMS AND ASSOCIATES
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Stephani L. Ayers
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K St. NW, Suite 1100
Washington, DC 20006
(813) 382-7865
stephani@whistleblowerdefenders.com

*/s/ Ryan C. Berry*
______________________________
Ryan C. Berry