**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **GARRETT LANCASTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 5:23-CV-00063-EKD** |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | |
| **d/b/a MSA SECURITY, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER came before the Court on Defendant Michael Stapleton Associates, Ltd. d/b/a MSA Security, Inc.'s Unopposed Motion for Extension of Time to File its Reply to Plaintiff's Opposition to Defendant's Motion to Strike.

This Court having considered Defendant's unopposed motion, and good cause being shown therefore, it is hereby ORDERED that: Defendant's deadline to file its Reply to Plaintiff's Opposition to Defendant's Motion to Strike is moved from January 30, 2024, to February 13, 2024.

ENTERED this 29th day of January, 2024.

/s/ Elizabeth K. Dillon

UNITED STATES DISTRICT JUDGE