**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | |
|---|---|
| **GARRETT LANCASTER,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**MICHAEL STAPLETON ASSOCIATES, LTD. d.b.a. MSA SECURITY, INC.,**<br><br>*Defendant.* | **Case No. 5:23-cv-00063** |

**JOINT RULE 26(f) REPORT AND DISCOVERY PLAN**

1. Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting was held on February 16, 2024 and was attended by:

- Stephani L. Ayers, Government Accountability Project, Counsel for Plaintiff Lancaster;
- Nate L. Adams III, Adams and Associates, Counsel for Plaintiff Lancaster; and
- Daniel Ward and Chelsea Padgett, Ward & Berry, PLLC, Counsel for Defendant, Michael Stapleton Associates, Ltd. d/b/a MSA Security, Inc. ("MSA").

2. **Pre-Discovery Disclosures**. The parties will exchange by March 22, 2024, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects: The claims and defenses of the parties.

   b. Disclosure or discovery of electronically stored information should be handled as follows: The parties will disclose and produce electronically stored information in

Accordance with the Federal Rules of Civil Procedure. Production of electronically stored documents shall be produced as they are stored (*i.e.*, if documents are stored in .pdf format, they must be produced in .pdf format; if they are stored as .pst files, they must be produced as .pst files), or in a manner most suitable to production (and as agreed upon by the parties). The parties will work together to coordinate production of large electronic files as needs arise, in the matter most suitable to the production. To the extent that a dispute arises with respect to the costs associated with the production of electronically stored information, the parties will attempt to resolve any such disputes without court intervention.

c. The parties are working to agree to an order regarding claims of privilege or of protection as to trial preparation material asserted after production, as follows: The parties will either submit a joint stipulated protective order, or Defendant will submit its proposal and Plaintiff will submit his response.

d. Schedule and Parameters for Discovery: The parties respectfully request a Scheduling Order as follows:

| Description | Dates per the Scheduling Order |
|---|---|
| Rule 26(a)(1) Initial Disclosures | March 22, 2024 |
| Scheduling Conference | February 23, 2024 |
| Initial Expert Disclosures | 180 days before trial date |
| Rebuttal Expert Disclosures | 120 Days before trial date |
| Status Conference | 30 days before Deadline to Complete Discovery |
| Deadline to Complete Discovery | 90 days before trial date |
| Deadline to File Dispositive Motions | 80 days before trial date |
| Deadline for Hearing Dispositive Motions | 45 days before trial date |

** The parties discussed the potential involvement of the Department of State in this matter and how its involvement may impact deadlines for discovery and/or the trial date. The above schedule

anticipates cooperation by DoS in review of the materials for production.

i. The parties suggest the following parameters for discovery:

- Interrogatories – A maximum of 25, including parts and subparts, as provided by Rule 33(a)(1);
- Requests for admission – A maximum of 50 including parts and subparts, other than requests for admission directed solely towards the authentication of documents;
- Depositions – A maximum of 10 fact depositions by Plaintiff and 10 by Defendant, unless either side applies for and is granted exception from Court. The duration of each will be limited to the time specified in Rule 30(d)(1), absent further order from the Court. Zoom depositions can be a utilized option, if agreed to by both parties.

Respectfully Submitted,

s/Stephani L. Ayers


Stephani L. Ayers on behalf of
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K Street, N.W.
Suite 1100
Washington, D.C. 20006
(813) 382-7865
stephani@whistleblowerdefenders.com

Nate L. Adams III
NATE L. ADAMS III, P.C.
ADAMS AND ASSOCIATES
11 South Cameron Street
Winchester, VA 22601
(540) 667-1330
nadams@nadamslaw.com

*Attorneys for Plaintiff Lancaster*

s/Daniel S. Ward [consent to sign indicated via 2-22-24 email
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd. d/b/a MSA Security, Inc.*