CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
May 03, 2024
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| GARRETT LANCASTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:23-cv-00063 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| MICHAEL STAPLETON ASSOCIATES, | ) | United States District Judge |
| LTD d/b/a MSA SECURITY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons set forth in the court's memorandum opinion entered this same day, it is hereby ORDERED that defendant's motion to strike (Dkt. No. 9) is DENIED IN PART and GRANTED IN PART. It is GRANTED as to paragraphs 26, 46, and 69, and those paragraphs are stricken. Lancaster is directed to file an amended complaint within fourteen days after entry of this order which does not contain the objectionable allegations identified by the court. MSA shall file its answer or to otherwise respond to the amended complaint not later than fourteen days after service of the amended complaint.

The Clerk is DIRECTED to send copies of this order and the court's memorandum opinion to all counsel of record.

Entered: May 3, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge