CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

September 03, 2024
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| GARRETT LANCASTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 5:23-cv-00063 |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| MICHAEL STAPLETON ASSOCIATES, LTD., | ) | Chief United States District Judge |
| | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

The Clerk shall reassign this civil action to the docket of the Honorable Jasmine H. Yoon, United States District Judge of this court, for all future proceedings.

The Clerk shall also send copies of this order to the parties.

It is so ORDERED.

Entered: September 3, 2024.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge