CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

October 23, 2024
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| GARRETT LANCASTER, | ) | |
| Plaintiff | ) | Civil Action No. 5:23-cv-00063 |
| | ) | |
| v. | ) | SCHEDULING ORDER ADDENDUM |
| | ) | |
| MICHAEL STAPLETON ASSOCS. LTD., | ) | By: Joel C. Hoppe |
| Defendant. | ) | United States Magistrate Judge |
| | ) | |

1. The parties should contact Judge Hoppe's chambers by email at hoppe.ecf@vawd.uscourts.gov for scheduling any matters before Judge Hoppe.

2. Before filing a contested discovery motion, the parties must jointly email Judge Hoppe's chambers at hoppe.ecf@vawd.uscourts.gov and attach to the email a document of no more than five (5) pages identifying the discovery request(s) at issue, the parties' arguments for why the discovery should or should not be produced, and the requesting party's certification under Rule 26(c)(1) of the Federal Rules of Civil Procedure that the party "has in good faith conferred or attempted to confer with the other affected parties in an effort to resolve the dispute without court action." Fed. R. Civ. P. 26(c)(1); *accord* Fed. R. Civ. P. 37(a)(1). After receiving the parties' email, chambers will direct the Clerk's office to file the document on CM/ECF and promptly schedule an informal hearing on the record.

It is so ORDERED.

ENTER: October 23, 2024

Joel C. Hoppe
U.S. Magistrate Judge