# EXHIBIT A

Identify their contractor affiliation in Departmental e-mail and phone listings whenever contractor personnel are included in those listings; and

- Contractor personnel may not utilize Department of State logos or indicia on business cards.

(*end of clause*)

H-9 SAFEGUARDING INFORMATION

The Contractor and its employees shall exercise the utmost discretion in regard to all matters relating to their duties and functions. They shall not communicate to any person any information known to them by reason of their performance of services under this contract which has not been made public, except in the necessary performance of their duties or upon written authorization of the Contracting Officer. All documents and records (including photographs) generated during the performance of work under this contract shall be for the sole use of and become the exclusive property of the U.S. Government. Furthermore, no article, book, pamphlet, recording, broadcast, speech, television appearance, film or photograph concerning any aspect of work performed under this contract shall be published or disseminated through any media without the prior written authorization of the Contracting Officer. These obligations do not cease upon the expiration or termination of this contract. The Contractor shall include the substance of this provision in all contracts of employment and in all subcontracts hereunder.

(*end of clause*)

H-10 NONPAYMENT FOR UNAUTHORIZED WORK

No payments will be made for any unauthorized supplies or services, or for any unauthorized changes to the work specified herein. This includes any services performed by the Contractor of his own volition or at the request of an individual other than a duly appointed Contracting Officer. Only a duly appointed Contracting Officer is authorized to change the specifications, terms, and/or conditions of this contract.

*(End of Clause)*

H-11 INSURANCE FOR OVERSEAS TRAVEL

Contractor staff traveling overseas on this contract shall have medical and medevac insurance in effect prior to departure. The Government reserves the right to require contractor staff travelling overseas to be screened by a physician prior to departure. The overseas screening may certify only that the contractor is fit to travel. Travel to areas with minimal medical support may require a detailed physical examination of the contractor to determine in adequate medical support is available to manage illness or serious medical emergency arising from pre-existing conditions such as diabetes or heart disease.

*(End of Clause)*

H-12 SCREENING AND PRE-SELECTION PROCESS

A. The Contractor shall ensure that Contractor personnel responsible for performing the screening process are qualified, experienced, and have demonstrated success in researching personnel information, verifying personnel histories, claimed backgrounds, etc.
B. The Contractor shall review each applicant's BIO to determine if the applicant meets the qualification requirements and is suitable for the position(s).
C. For those applicants the Contractor determines meet the qualification requirements, the Contractor shall