**APPEARANCE SHEET**
**FOR THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

**GARRETT LANCASTER**

**CASE NO.: 5:23cv63**

**v.**

**DATE: 9/3/2025**

**MICHAEL STAPLETON ASSOCIATES, LTD**

**TYPE OF HEARING: PTM**

*******************************************************************************************

**PARTIES:**

| | | | |
|---|---|---|---|
| 1. | Judge Hoppe | 6. | |
| 2. | Nate Adams, PLTF Counsel | 7. | |
| 3. | Stephani Ayers, PLTF Counsel | 8. | |
| 4. | Thad Guyer, PLTF Counsel | 9. | |
| 5. | Daniel Ward, DEF Counsel | 10. | K. Lokey, CRD |

*******************************************************************************************

**Recorded by:** K. Lokey, FTR **Time in Court:** 9:07-9:38(31mins)

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 9:07 | 1,10 | 9:35 | 1 | | | | | | |
| 9:08 | 1,3,5 | 9:38 | 1,5,3 | | | | | | |
| 9:09 | 1,5 | | | | | | | | |
| 9:09 | 5 | | | | | | | | |
| 9:12 | 1,5 | | | | | | | | |
| 9:13 | 1,3 | | | | | | | | |
| 9:28 | 1,5 | | | | | | | | |
| 9:30 | 1,3 | | | | | | | | |
| 9:30 | 3,5 | | | | | | | | |
| 9:31 | 1,5 | | | | | | | | |
| 9:34 | 3 | | | | | | | | |
| 9:34 | 1,3 | | | | | | | | |
| 9:34 | 1,3,4 | | | | | | | | |