**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **GARRETT LANCASTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 5:23-CV-00063-EKD** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL STAPLETON ASSOCIATES, LTD.,** | ) | |
| **d/b/a MSA SECURITY, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF WITHDRAWAL OF ATTORNEY CHELSEA A. CRUZ**

NOTICE IS HEREBY GIVEN that, effective May 22, 2026, Chelsea A. Cruz of Ward & Berry, PLLC will no longer be associated with Ward & Berry, PLLC, and therefore withdraws as counsel for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc. ("MSA"). Daniel S. Ward, Ryan C. Berry, and Paxton R. L. Ouellette of Ward & Berry, PLLC, remain counsel of record for Defendant MSA.

Respectfully submitted,

Date: May 21, 2026

*/s/ Chelsea A. Cruz*

Chelsea A. Cruz (VSB 96177)
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
Paxton R. L. Ouellette (VSB 101680)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
chelsea@wardberry.com
ryan@wardberry.com
dan@wardberry.com
pouellette@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2026 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Nate L. Adams III
Nate L. Adams III, P.C.
ADAMS AND ASSOCIATES
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Stephani L. Ayers
GOVERNMENT ACCOUNTABILITY PROJECT
1612 K St. NW, Suite 1100
Washington, DC 20006
(813) 382-7865
stephani@whistleblowerdefenders.com

*/s/ Chelsea A. Cruz*
________________________________
Chelsea A. Cruz