**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

**GARRETT LANCASTER,**

***Plaintiff,***

**v.**

**MICHAEL STAPLETON ASSOCIATES, LTD. d.b.a. MSA SECURITY, INC.,**

***Defendant.***

**Case No. 5:23-CV-00063-EKD**

**JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE AND VACATE EXISTING PRETRIAL AND TRIAL DATES**

Plaintiff Garrett Lancaster ("Plaintiff") and Defendant Michael Stapleton Associates, Ltd. ("Defendant"), by and through undersigned counsel, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 16(b)(4), for entry of an order extending the discovery deadline and vacating the currently scheduled pretrial and trial dates. In support thereof, the parties state as follows:

1. The current discovery deadline in this matter is June 30, 2026.

2. The Court has also set pretrial deadlines, dispositive motion deadlines, and trial-related dates in this matter.

3. Since entry of the Scheduling Order, the parties have engaged in some limited paper discovery, but currently Plaintiff has outstanding discovery requests and requested production pending completion of *Touhy* review, the speed of which the parties do not have full control.

4. The parties have determined that additional time is necessary to complete discovery, including remaining written discovery, document production, depositions, and any follow-on discovery.

5. Counsel conferred regarding the current case schedule and, consistent with the

Court's direction on May 27, 2026, jointly submit this Motion requesting an extension of the discovery deadline and vacatur of the currently scheduled pretrial and trial dates so that the parties may complete discovery in an orderly manner.

6. The parties jointly submit that good cause exists under Federal Rule of Civil Procedure 16(b)(4) to extend the discovery deadline to December 31, 2026, which the parties believe is a reasonable date for completion of discovery given that the Touhy process has required additional time.

7. The parties further respectfully request that the Court vacate the currently scheduled pretrial and trial dates, as well as the existing dispositive motion deadline, with any subsequent case schedule to be reset at a later time by the Court.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter the attached proposed Order extending the discovery deadline to December 31, 2026, vacating the existing dispositive motion deadline and the currently scheduled pretrial and trial dates, and granting such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/Paxton R. L. Ouellette
Daniel S. Ward (VSB 45978)
Ryan C. Berry (VSB 67956)
Paxton R. L. Ouellette (VSB 101680)
WARD & BERRY, PLLC
1751 Pinnacle Drive, Suite 900
Tysons, VA 22102
(202) 331-8160
(202) 505-7100 Fax
dan@wardberry.com
ryan@wardberry.com
pouellette@wardberry.com

*Attorneys for Defendant Michael Stapleton Associates, Ltd., d/b/a MSA Security, Inc.*

/s/ Nate L. Adams III
Nate L. Adams III
Nate L. Adams III, P.C.
ADAMS AND ASSOCIATES
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Stephani L. Ayers
Pro Hac Vice
stephani@whistleblowerdefenders.com
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
(813) 382-7865

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia by using the CM/ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Nate L. Adams III
Nate L. Adams III, P.C.
ADAMS AND ASSOCIATES
11 South Cameron Street
Winchester, VA 22601
(504) 667-1330
nadams@nadamslaw.com

Stephani L. Ayers
Pro Hac Vice
stephani@whistleblowerdefenders.com
Government Accountability Project
1612 K Street, N.W., Suite 1100
Washington, D.C. 20006
(813) 382-7865

/s/Paxton R. L. Ouellette
Paxton R. L. Ouellette