**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

**GARRETT LANCASTER,**

***Plaintiff,***

**v.**

**MICHAEL STAPLETON ASSOCIATES, LTD. d.b.a. MSA SECURITY, INC.,**

***Defendant.***

**Case No. 5:23-CV-00063-EKD**

**[PROPOSED] ORDER**

THIS MATTER came before the Court on the parties' Joint Motion to Extend the Discovery Deadline and Vacate Existing Pretrial and Trial Dates.

This Court having considered the Joint Motion, and good cause being shown therefor, it is hereby ORDERED that:

1. The parties' Joint Motion to Extend the Discovery Deadline and Vacate Existing Pretrial and Trial Dates is GRANTED;
2. The discovery deadline is extended to December 31, 2026;
3. The existing dispositive motion deadline is VACATED;
4. The currently scheduled pretrial and trial dates are VACATED; and
5. A revised case schedule shall be set by further Order of the Court.

ENTERED this ___ day of June, 2026.

______________________________
UNITED STATES DISTRICT JUDGE