CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
June 15, 2026
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| Garrett Lancaster, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:23-cv-00063 |
| | ) | |
| Michael Stapleton Associates, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on the parties' joint motion to extend discovery and to vacate pretrial deadlines and trial dates. (Dkt. 53.) For good cause shown, the parties' motion is **GRANTED**, and it is hereby **ORDERED** that:

1. The existing deadline for filing dispositive motions is **VACATED**.
2. Currently pending and scheduled pretrial deadlines and trial dates are **VACATED**.
3. The deadline to complete discovery is extended to December 31, 2026.
4. Dispositive motions shall be filed by February 1, 2027.

The Clerk is directed to send a copy of this Order to all counsel of record.

**ENTERED** this 15th day of June, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE